**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY** | ) | |
| **COMMISSION,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No.** |
| **v.** | ) | **3:17-CV-336-CWR-FKB** |
| | ) | |
| **ASURION, LLC** | ) | |
| | ) | |
| **Defendant.** | ) | |

### PLAINTIFF'S MOTION FOR STAY AND EXTENSIONS

Plaintiff Equal Employment Opportunity Commission (EEOC) moves to stay this litigation and extend all deadlines due to the lapse in appropriations and government shutdown.

1.      Federal government appropriations lapsed at midnight on December 21, 2018, and the EEOC is shut down.

2.      Under the Antideficiency Act, 31 U.S.C. § 1341 et seq., the EEOC is prohibited from litigating this matter during the shutdown, except for a four-hour wind-down on December 26, 2018.

3.      Therefore, the EEOC seeks an order staying this litigation for the duration of the shutdown and extending all deadlines for the same duration as the shutdown.

4.      Counsel for the EEOC has attempted to contact Defendant's counsel via office phone and electronic mail regarding this motion and has been unsuccessful. Counsel for Defendant is currently out of the office on parental leave.

WHEREFORE, Plaintiff requests this Court enter an Order staying this litigation and extending all deadlines by the same duration as the shutdown.

Respectfully submitted,

Dated: December 26, 2018

MARSHA L. RUCKER
Regional Attorney

GERALD L. MILLER
Supervisory Trial Attorney

Kurt Fischer
Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Birmingham District Office
Ridge Park Place, Suite 2000
1130 22nd Street South
Birmingham, Alabama 35205
Tel.: (205) 212-2043

*/s/Harriett Oppenheim*
HARRIETT OPPENHEIM
Senior Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Dr. A. H. McCoy Federal Building
100 W. Capitol Street, Suite 338
Jackson, Mississippi 39269
Tel.: (601) 948-8454
harriett.oppenheim.eeoc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2018, I filed the foregoing with the Clerk of Court using the CM/ECF system which will electronically send notification of the filing to all attorneys of record.

*/s/Harriett Oppenheim*
Harriett Oppenheim